UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 16-0768-GW (JEMx) | Date | November 7, 2016 |
|---|---|---|---|
| Title | *Medipro Int'l, LLC v. Authorized Acquisitions, LLC* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):** ORDER TO SHOW CAUSE RE SETTLEMENT

On November 3, 2016, Plaintiff/Cross-Defendant Medipro International, Inc. filed a Notice of Settlement.  The Court sets an Order to Show Cause re: Settlement Hearing for December 8, 2016 at 8:30 a.m.

The parties are advised that the order to show cause will be vacated and no appearance will be required provided that a Stipulation to Dismiss, with a proposed order, is filed by noon on December 7, 2016.

All previously set deadlines and dates are vacated and taken off-calendar.

:

Initials of Preparer   JG